IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | CASE NO.: 3:21-cr-00264-2 |
| | ) | |
| | ) | |
| JOSHUA H. SMITH | ) | |
| | ) | |
| Defendant | ) | |

## **NOTICE OF INTENT TO CHANGE PLEA**

COMES NOW the defendant, JOSHUA H. SMITH, by and through the undersigned counsel, and hereby notifies this Honorable Court of the defendant's intent to change his plea of NOT GUILTY to a plea of GUILTY as to Count Two of the Indictment, in accordance with a plea agreement between the Defendant, JOSHUA H. SMITH and The United States of America, by and through its respective counsel in this matter. This notice is filed to alert the Court that the defendant is indeed prepared to go forward.

Respectfully submitted this 7th day of October, 2022.

PHILLIP S. GEORGES, PLLC

/s/ *Phillip S. Georges*
Phillip S. Georges
SBN: 038360
2303 21st Ave. S., Suite 204
Nasvhille, TN 37212
Phone: 615-486-4115 x. 700
Fax:    615-576-8668
phil@wolfpacklawyers.com
*COUNSEL FOR DEFENDANT*
*JOSHUA H. SMITH*

CERTIFICATE OF SERVICE

      I hereby certify that a true and accurate copy of the foregoing was filed with the Clerk using the ECF system, on the 7th day of October, 2022 to the following:

Amanda J. Klopf, Esquire
U.S. Attorney's Office (Nashville)
Middle District of Tennessee
719 Church St., Suite 3300
Nashville, TN 37203
Amanda.klopf@usdoj.gov

John P. Taddei, Esquire
U.S. Department of Justice
Public Integrity Section
1301 New York Ave. NW
Washington, DC 20530
John.taddei@usdoj.gov

Paul J. Bruno, Esquire
Evans, Bulloch, Parker PLLC
302 North Spring St.
PO Box 398
Murfreesboro, TN 37133
pauljbruno@bfhelaw.com

David Pritchard, Esquire
Assistant United States Attorney
167 N. Main St., Suite 800
Memphis, TN 38103
david.pritchard2@usdoj.gov

David Rivera, Esquire
Barrettt, Johnston, Martin & Garrison, LLC
414 Union Street, Suite 900
Nashville, TN 37219
drivera@barrettjohnston.com

Jerry E. Martin, Esquire
Barrettt, Johnston, Martin & Garrison, LLC
414 Union Street, Suite 900
Nashville, TN 37219
jmartin@barrettjohnston.com

PHILLIP S. GEORGES, PLLC

/s/ *Phillip S. Georges*
Phillip S. Georges
*COUNSEL FOR DEFENDANT*
*JOSHUA H. SMITH*