UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NO. 3:21-cr-00264-2 |
| JOSHUA H. SMITH, | ) | |
| Defendant. | ) | |

## ORDER

Defendant's Notice of Intent to Change Plea (Doc. No. 61) is **GRANTED**.

As such, a change of plea hearing will take place on **October 19, 2022,** at 2:00 p.m.

The parties shall submit the proposed plea petition, an Agreed Statement of the Elements of each offense and the statutory penalty for each, and the plea agreement, if any, by noon on **October 18, 2022.**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE