UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:21-cr-00264 |
| v. | ) | CHIEF JUDGE CRENSHAW |
| | ) | |
| JOSHUA SMITH | ) | |

**GOVERNMENT'S MOTION FOR LEAVE TO FILE SEALED DOCUMENT**

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully requests leave to file their Motion to reset sentencing hearing under seal.

Respectfully submitted,

HENRY C. LEVENTIS
United States Attorney for the
Middle District of Tennessee

*/s/ Amanda J. Klopf*
AMANDA J. KLOPF
Assistant United States Attorney
United States Attorney's Office
Middle District of Tennessee
719 Church St., Suite 3300
Nashville, Tennessee 37203
(615) 736-5151

**CERTIFICATE OF SERVICE**

I hereby certify that on March 15, 2023 I electronically served one copy of the United States' Motion to reset sentencing hearing with the Clerk of the Court by using the CM/ECF system. A copy was also sent via e-mail to the defense counsel.

*s/ Amanda J. Klopf*
AMANDA J. KLOPF
Assistant U.S. Attorney

1