UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NO. 3:21-cr-00264 |
| BRIAN KELSEY | ) | |
| JOSHUA SMITH | ) | |
| Defendant. | ) | |

## ORDER

The Government's Motion to Reset Sentencing Hearing (Doc. No. 90) is **GRANTED**, and the sentencing hearings are RESET as follows:

Brian Kelsey on **March 28, 2023**, at 1:00 p.m.

Joshua Smith on **March 28, 2023**, at 3:30 p.m.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE