IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff ) | |
| v. ) | CASE NO.: 3:21-cr-00264 |
| ) | |
| JOSHUA H. SMITH, et al. ) | |
| ) | |
| Defendant ) | |

MOTION TO MODIFY DATE FOR SENTENCING

COMES NOW Defendant, Joshua H. Smith by and through counsel of record, Phillip S. Georges, and hereby joins the United States of America and moves this Honorable Court to modify the sentencing date for defendant, Joshua H. Smith from March 28, 2023, to be continued until after the motion to withdraw plea filed by the co-defendant, Brian Kelsey has been resolved.

Respectfully Submitted,
PHILLIP S. GEORGES, PLLC

Electronically Signed by:
/s/ *Phillip S. Georges*
Phillip S. Georges
SBN: 038360
501 Union St., Suite 200D
Nasvhille, TN 37219
Phone: 615-486-4115 x. 700
Fax:    615-576-8668
phil@wolfpacklawyers.com
*Counsel for Defendant Joshua H. Smith*

CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was filed with the Clerk using the ECF system on the 19th day of March, 2023 to the following:

Amanda J. Klopf, Esquire
U.S. Attorney's Office (Nashville)
Middle District of Tennessee
719 Church St., Suite 3300
Nashville, TN 37203
Amanda.klopf@usdoj.gov

John P. Taddei, Esquire
U.S. Department of Justice
Public Integrity Section
1301 New York Ave. NW
Washington, DC 20530
John.taddei@usdoj.gov

David A. Warrington, Esquire
2121 Eisenhower Ave., Suite 608
Alexandria, VA 22314
dwarrington@dhillonlaw.com

David Pritchard, Esquire
Assistant United States Attorney
167 N. Main St., Suite 800
Memphis, TN 38103
david.pritchard2@usdoj.gov

Paul J. Bruno, Esquire
Evans, Bulloch, Parker PLLC
302 North Spring St.
PO Box 398
Murfreesboro, TN 37133
pauljbruno@bfhelaw.com

PHILLIP S. GEORGES, PLLC

/s/ *Phillip S. Georges*
Phillip S. Georges
Counsel for Defendant Joshua H. Smith